# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### JUDGMENT RENDERED AUGUST 3, 2021

---

### NO. 03-19-00105-CR

---

**Jackie Lett, Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM THE 33RD DISTRICT COURT OF BURNET COUNTY
BEFORE JUSTICES BYRNE, BAKER, TRIANA
MODIFIED AND, AS MODIFIED, AFFIRMED ON REMAND --
OPINION BY JUSTICE TRIANA**

---

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment of conviction requiring reversal. However, there was error in the judgment of conviction that requires correction. Therefore, the Court modifies the trial court's judgment of conviction as follows: in Count 1 to strike the $25.00 time-payment fees in their entirety, from the $649.00 total court costs assessed. The judgment of conviction, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.